UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAQUAN KEON JACKSON,<br><br>Defendant. | Case No. CR22-037-RSL<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |

This matter comes before the Court on the parties' "Joint Motion to Continue Trial" (Dkt. # 21).  Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver (Dkt. # 23), the Court finds as follows:

1.     The Court adopts the facts set forth in the joint motion: in particular, that defendant has expressed confusion regarding some of defense counsel's explanations and concern that his family has not been adequately advised of defense counsel's plans, and defense counsel therefore requires additional time to address defendant's reasonable concerns.  The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2.     The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING JOINT
MOTION TO CONTINUE TRIAL - 1

3. The Court finds that the additional time requested between the current trial date of May 23, 2022, and the proposed trial date of August 8, 2022, is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, as defendant has requested more time to prepare for trial, to continue to investigate the matter, to gather evidence material to the defense, and to consider possible defenses. The additional time requested between the current trial date and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including September 30, 2022, Dkt. # 23, which will permit his trial to start on August 8, 2022.

IT IS HEREBY ORDERED that the trial date shall be continued from May 23, 2022 to August 8, 2022, and pretrial motions are to be filed no later than July 8, 2022;

IT IS FURTHER ORDERED that the period of time from the current trial date of May 23, 2022, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 9th day of May, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT
MOTION TO CONTINUE TRIAL - 2