JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-037-RSL |
| Plaintiff, | CR20-096-RSL |
| v. | ORDER GRANTING MOTION TO EXTEND DEADLINE FOR SUPPLEMENTAL BRIEFING |
| JAQUAN JACKSON, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the defendant to extend the deadline for supplemental briefing from July 8, 2022, to July 22, 2022, with a response due July 28, 2022. The Court has considered the motion and records in this case.

The Court GRANTS the motion to extend the deadline to July 22, 2022, with a response due July 28, 2022

DATED this 15th day of July, 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Gregory Murphy*
Assistant Federal Public Defender

/s/ *Jessica Manca*
Assistant United States Attorney

ORDER GRANTING MOTION TO
EXTEND THE DEADLINE FOR
SUPPLEMENTAL BRIEFING
(*U.S. v. Jaquan Jackson*, CR22-037-RSL,
CR20-096-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
206-553-1100