The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR22-037RSL |
|---|---|
| Plaintiff, | **ORDER GRANTING THE GOVERNMENT'S MOTION FOR EXTENSION OF TIME AND RENOTING DEFENDANT'S MOTION FOR FEBRUARY 3, 2023** |
| v. | |
| JAQUAN KEON JACKSON, | |
| Defendant. | |

THE COURT, having considered the government's unopposed motion for an extension of time to file a response to Defendant's Motion to Dismiss the Indictment for Unconstitutionality, and finding good cause to grant the relief requested therein, hereby GRANTS the government's motion and orders as follows:

1. The government's response to Defendant's Motion to Dismiss the Indictment for Unconstitutionality shall be due on Thursday, January 26, 2023; and

//

//

ORDER - 1
*United States v. Jackson*, CR22-037 RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Defendant's Motion shall be renoted for February 3, 2023.

IT IS SO ORDERED.

DATED this  19th  day of January, 2023.

*[signature]*

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

ORDER - 2
United States v. Jackson, CR22-037 RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970