JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-037-RSL |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER TO SEAL DOCUMENT |
| JAQUAN KEON JACKSON, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Jaquan Jackson to file Defense Sentencing Memorandum and Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Defense Sentencing Memorandum and Exhibits be filed under seal.

DATED this 15th day of June, 2023.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Gregory Murphy
Assistant Federal Public Defender
Attorney for Jaquan Jackson

ORDER TO SEAL DOCUMENT
(*U.S. v. Jackson*, No. CR22-037-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100